No. 81–1618.  WEYERHAEUSER CO. ET AL. *v.* LYMAN LAMB CO. ET AL.; and

No. 81–1619.  GEORGIA-PACIFIC CORP. *v.* LYMAN LAMB CO. ET AL.  C. A. 5th Cir.  [Certiorari granted, 456 U. S. 971.]  Motion of Alaska et al. for leave to participate in oral argument as *amici curiae* and for additional time for oral argument denied.  Motion of National Lumber & Building Material Dealers Association for leave to file a brief as *amicus curiae* granted.  JUSTICE WHITE took no part in the consideration or decision of these motions.

No. 82–233.  BROOKS ET AL. *v.* WINTER, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 82–413.  WINTER, GOVERNOR OF MISSISSIPPI, ET AL. *v.* BROOKS ET AL.  D. C. N. D. Miss.  The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 82–610 (A–388).  IN RE HOPFMANN ET AL.  Motion of petitioner to expedite consideration of the petition for writ of prohibition and/or mandamus and/or injunction denied.  Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. 82–5358.  IN RE PENA-PEREZ.  Petition for writ of mandamus denied.

No. 82–25.  JONES, A MINOR CHILD, BY HIS MOTHER AND NEXT FRIEND, JONES, ET AL. *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari granted.

No. 82–91.  IMMIGRATION AND NATURALIZATION SERVICE *v.* PHINPATHYA.  C. A. 9th Cir.  Certiorari granted.